UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Courtney Anthony Bailey,            )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No. 08 0369
                                    )
                                    )
Alan Kay,                           )
                                    )
        Defendant.                  )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, seeks monetary relief from an immune defendant).

Plaintiff is a federal prisoner confined in White Deer, Pennsylvania. He sues Magistrate Judge Alan Kay of this Court for allegedly "hold[ing] plaintiff without bond [and ordering] plaintiff removed from the District of Columbia," in contravention of an order from the Superior Court of the District of Columbia. Compl. at 1-2. Plaintiff claims that Magistrate Judge Kay acted without jurisdiction and, thus, "may be liable for 'false imprisonment.'" *Id*. at 2. He seeks $7 million. Judges are absolutely immune from lawsuits predicated on acts taken, as alleged here, in their judicial capacity. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). The complaint therefore is dismissed. A separate Order accompanies this Memorandum Opinion.

Date: February 27, 2008

_____
United States District Judge