UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Courtney Anthony Bailey, )
)
        Plaintiff, )
)
v. ) Civil Action No. 08 0369
)
)
Alan Kay, )
)
        Defendant. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of February 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A(b)(2), this case is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge